COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



READYONE INDUSTRIES, INC., F/K/A
NATIONAL CENTER FOR
EMPLOYMENT OF THE DISABLED,


 Appellant,


v.



ROBERT E. JONES and ROBERT E.
JONES, TRUSTEE OF JONES FAMILY
TRUST, 


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


 §

No. 08-07-00265-CV



Appeal from the


210th Judicial District Court


of El Paso County, Texas 


(TC# 2007-4192) 



MEMORANDUM OPINION


 Pending before the Court is Appellant's agreed motion to voluntarily dismiss this appeal
pursuant to Texas Rule of Appellate Procedure 42.1(a). Appellant has moved to dismiss the
appeal as moot since the parties have resolved their dispute regarding the three properties at issue
in Jones' underlying suit and subject of this appeal, and Appellee agrees. The Court concludes
that the motion should be granted. Therefore, we dismiss the appeal with costs taxed against the
Appellant since there is no agreement otherwise. See Tex.R.App.P. 42.1 (d).


February 20, 2009

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, J., and Ables, Judge

Ables, Judge (Sitting by Assignment)(Not Participating)